# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

December 26, 2024

Lyle W. Cayce
Clerk

————————

No. 24-40792

————————

Texas Top Cop Shop, Incorporated; Russell Straayer; Mustardseed Livestock, L.L.C.; Libertarian Party of Mississippi; National Federation of Independent Business, Incorporated; Data Comm for Business, Incorporated,

*Plaintiffs—Appellees*,

*versus*

Merrick Garland, *U.S. Attorney General*; Treasury Department; Director FinCEN Andrea Gacki, Director of the Financial Crimes Enforcement Network; Financial Crimes Enforcement Network; Janet Yellen, *Secretary, U.S. Department of Treasury*,

*Defendants—Appellants.*

————————————————————

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:24-CV-478

————————————————————

ORDER:

On December 3, 2024, the district court entered an order enjoining enforcement of the Corporate Transparency Act and its corresponding Reporting Rule. *Texas Top Cop Shop, Inc. v. Garland*, No. 4:24-CV-478, 2024

WL 5049220 (E.D. Tex. Dec. 5, 2024). The Government requested a stay of the preliminary injunction, which the district court denied. *Texas Top Cop Shop, Inc. v. Garland*, No. 4:24-CV-478, 2024 WL 5145951 (E.D. Tex. Dec. 17, 2024).

The Government appealed, and on December 23, 2024, a motions panel of this court granted the government's emergency motion for a stay pending appeal. *Texas Top Cop Shop, Inc. v. Garland*, No. 24-40792, 2024 WL 5203138 (5th Cir. Dec. 23, 2024). The order also expedited the appeal to the next available oral argument panel.

The merits panel now has the appeal, which remains expedited, and a briefing schedule will issue forthwith. However, in order to preserve the constitutional status quo while the merits panel considers the parties' weighty substantive arguments, that part of the motions-panel order granting the Government's motion to stay the district court's preliminary injunction enjoining enforcement of the CTA and the Reporting Rule is VACATED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT